

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-17-00379-CV

**IN RE TEXAS REAL ESTATE COMMISSION**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

On January 24, 2018, this court conditionally granted relator's petition for writ of mandamus, and ordered the trial court to vacate its Order Granting Bill of Review and Injunctive Relief, and reinstate the July 31, 2013 default judgment. On March 1, 2018, we denied the real party in interest's motion for rehearing.

On March 9, 2018, relator filed a "letter" with this court asking this court to issue a writ of mandamus to compel the trial court to comply with our January 24, 2018 opinion and order. On March 12, 2018, the trial court signed an order complying with our opinion and order. We therefore DENY relator's request for a writ of mandamus AS MOOT.

It is so **ORDERED** on March 14, 2018.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016-CI-03723, styled *Evan Jacobson v. Ben Luong*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.